UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

DENISE R. BODINE,

                Plaintiff,

   -against-                                         3:11-CV-1265 (LEK/DEP)

CAROLYN W. COLVIN,
Commissioner of Social Security,

                Defendant.

## ORDER

This matter comes before the Court following a Report-Recommendation filed on February 25, 2013, by the Honorable David E. Peebles, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and Northern District of New York Local Rule 72.3(d). Dkt. No. 16 ("Report-Recommendation").

Within fourteen days after a party has been served with a copy of a magistrate judge's report-recommendation, the party "may serve and file specific, written objections to the proposed findings and recommendations." FED. R. CIV. P. 72(b); N.D.N.Y. L.R. 72.1(c). "If no objections are filed . . . reviewing courts should review a report and recommendation for clear error." Edwards v. Fischer, 414 F. Supp. 2d 342, 346-47 (S.D.N.Y. 2006).

Here, no objections have been raised in the allotted time with respect to Magistrate Judge Peebles's Report-Recommendation. See generally Dkt. After a thorough review of the Report-Recommendation and the record, the Court has determined that the Report-Recommendation is not subject to attack for clear error or manifest injustice.

Accordingly, it is hereby:

  **ORDERED**, that the Report-Recommendation (Dkt. No. 16) is **APPROVED** and **ADOPTED in its entirety**; and it is further

  **ORDERED**, that Defendant's Motion (Dkt. No. 15) for judgment on the pleadings is **GRANTED**, that Plaintiff's Motion (Dkt. No. 12) for judgment on the pleadings is **DENIED**, and that the decision of the Commissioner is **AFFIRMED**; and it is further

  **ORDERED**, that the Clerk of the Court serve a copy of this Order on the parties to this action.

  **IT IS SO ORDERED**.

DATED:  March 18, 2013
      Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge